UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Michael A. Hammer |
| v. | Mag. No. 18-4166 |
| JOHN MOSLEY,<br>   a/k/a "Breezy,"<br>   a/k/a "Brazy,"<br>JAVON HOLMES,<br>   a/k/a "J-Dot,"<br>PATRICIO HERNANDEZ,<br>JONATHAN HERNANDEZ,<br>JONATHAN GARCIA,<br>   a/k/a "Bebo,"<br>JAHID VAUTERS,<br>   a/k/a "K,"<br>   a/k/a "KO"<br>EUGENE WILLIAMS,<br>   a/k/a "Popa,"<br>   a/k/a "Papa,"<br>ANGELO WEST,<br>   a/k/a "Come Up,"<br>QUAHEEM BETHEA,<br>   a/k/a "Troub,"<br>DAVID LAMAR,<br>   a/k/a "Brazy Ru,"<br>IBN SAADIQ,<br>   a/k/a "Zero,"<br>MALIK MINOR,<br>   a/k/a "YK,"<br>OMAR JONES,<br>   a/k/a "Torch,"<br>SAEED DAWES,<br>   a/k/a "Nasty,"<br>KAREN ARMSTRONG,<br>ROBERT DORRAH,<br>   a/k/a "Cash Out," and<br>SHAKA MCKINNEY | **CRIMINAL COMPLAINT** |

Upon application of the United States Attorney for the District of New Jersey (by Kelly Graves, Assistant United States Attorney), for an order sealing the arrest warrants and all supporting papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 10th day of October, 2018,

ORDERED that the Complaint and all supporting papers in the above-captioned matter, except for such copies of the arrest warrants, if any, that are needed to effectuate its purpose, be sealed until the arrest of the first individual named in the warrants or until further order of this Court.

IT IS FURTHER ORDERED that, once the arrest warrant is executed that the Complaint, arrest warrant and this Order be and are hereby unsealed.

_____
Honorable Michael A. Hammer
United States Magistrate Judge